**92–769.** State v. Block. *Auglaize County,* No. 2–90–4. On motion for leave to file delayed appeal. Motion denied.

HOLMES and RESNICK, JJ., dissent.